IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER PIERCE,

    Petitioner,

v.                                                            CV 06-910 BB/CEG

JOSE ROMERO, Warden,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 26, 2007.  *See Doc 20.*  The Proposed Findings and Recommended Disposition recommends that the Court deny Pierce's § 2254 petition and dismiss this case with prejudice. *Id*.  Pierce filed objections to the Proposed Findings and Recommended Disposition on November 7, 2007.  *See Doc. 21*.  The Court has carefully reviewed Pierce's objections de novo and finds them to be not well taken.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)     the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 20)* are adopted;

2)     the Application for Writ of Habeas Corpus (*Doc. 1*) is denied; and

3)     civil case number 06-910 BB/CEG is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE